LINK: 104

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9215 GAF (CWx) | Date | December 29, 2011 |
|---|---|---|---|
| Title | Kandy Kiss of California Inc v. Tex-Ellent Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Chris Silva for Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**      **(In Chambers)**

Because of the Court's continuing calendar congestion, the Court has been unable to issue an order on the Defendants' Motion for Summary Judgment (Docket #62), and the Plaintiff's Motion for Partial Summary Judgment (Docket #63), which have been under submission since November 14, 2011. Therefore, the court **VACATES** the Motion in Limine hearing scheduled for January 9, 2012 and the Trial Date set for February 14, 2012.

**IT IS SO ORDERED.**