JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY KISS OF CALIFORNIA, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TEX-ELLENT, INC. d/b/a PARAMOUNT TEXTILES, a California corporation, and SHAHRAM ZACKARY, an individual,<br><br>　　　　Defendants. | Case No. CV10-9215 GAF (CWx)<br><br>**ORDER GRANTING STIPULATION REGARDING DISMISSAL**<br><br>Judge:  Hon. Gary A. Feess |

　　The Court, having considered the Stipulation Regarding Dismissal filed by the the parties in this matter.

　　Good cause appearing, IT IS HEREBY ORDERED, that the Stipulation is approved and this action be dismissed with prejudice.

Dated:  May 20, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Gary A. Feess
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Central District of California